UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

RECEIVED

JAN 2 4 2008

MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

Plaintiff
Jason L. Montague
vs.
Illinois Department of Corrections

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

_____

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Judge Kapala

Case No: 08 C 50017
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

X    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
     U.S. Code (state, county, or municipal defendants)

_____    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
           28 SECTION 1331 U.S. Code (federal defendants)

_____    OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.    Plaintiff(s):**

A.    Name: _Jason L. Montague_

B.    List all aliases: _None_

C.    Prisoner identification number: _B29879_

D.    Place of present confinement: _Dixon_

E.    Address: _2600 N. Britton Ave. Dixon ILL_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: _State of Illinois_

Title: _Medical Department_

Place of Employment: _State of Illinois_

B.    Defendant: _____

Title: _____

Place of Employment: _____

C.    Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

III.    **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.    Is there a grievance procedure available at your institution?

YES (✓)  NO ( )   If there is no grievance procedure, skip to F.

B.    Have you filed a grievance concerning the facts in this complaint?

YES (✓)  NO ( )

C.    If your answer is **YES**:

1.    What steps did you take?

I've wrote the Gover

Ive filed serral Grievances.

2.    What was the result?

3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

D.    If your answer is **NO**, explain why not:

3

E.     Is the grievance procedure now completed?   YES ( )  NO ( )

F.     If there is no grievance procedure in the institution, did you complain to authorities?   YES ( )  NO ( )

G.     If your answer is **YES**:

    1.     What steps did you take?

_____

_____

_____

    2.     What was the result?

_____

_____

_____

H.     If your answer is **NO**, explain why not:

_____

_____

_____

IV.    List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A.    Name of case and docket number: _____ *none*

B.    Approximate date of filing lawsuit: _____

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_____
_____
_____

D.    List all defendants: _____
_____
_____
_____

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F.    Name of judge to whom case was assigned: _____
_____

G.    Basic claim made:_____
_____
_____

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
_____
_____

I.    Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**V.    Statement of Claim:** *Pain and Suffering*

State here as briefly as possible the facts of your case.  Describe precisely how each
defendant is involved.  Include also the names of other persons involved, dates, and places.
**Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege
a number of related claims, number and set forth each claim in a separate paragraph. (Use
as much space as you need. Attach extra sheets if necessary.)

I've been sick for year's
Doctor told me I only have Six
month to live. I have been
denied the correct treatment for
the condision I have. All I want
is the correct treatment. All the
time I have told sevral officers
that I am sick. I can't get
the correct treatment at all
here at this prison. I need
to see specialist for my
condision. I have a life
theating diease that I don't
no the name of and this prison
will Not give me the correct
Medical Treatment! I've
Been Suffering for more than
100 day Now. Please Help me!

6

VI.    Relief:

7

State briefly exactly what you want the court to do for you.  Make no legal arguments.
Cite no cases or statutes.

The Current treatment
and to be paid for pain
and Suffering for Neglect.

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this
Complaint are true to the best of my knowledge, information and
belief.  I understand that if this certification is not correct, I may be
subject to sanctions by the Court.

Signed this __Jan__ day of __21__ , 20 __08__

_Mr. Jason L. Montague_

(Signature of plaintiff or plaintiffs)

_Jason L. Montague_

(Print name)

_B29879_

(I.D. Number)

_2600 N, Britt Ave,_
_Dixon Cor. Center_
_Dixon ILL, 61021_

(Address)

8

Mr. Juan L. Montoya B29974
2600 N. Britton Ave.
Dixon C.C.
Dixon Ill. 61021

United State District Court
211 S. Court S. Court Street
Rockford ILL,
61101

This Correspondence Is From
An Inmate Of The Illinois
Dept Of Corrections

UNITED STATES POSTAGE
$ 00.58⁰
02 1A
0004305069    JAN 23 2008
MAILED FROM ZIP CODE 61021
PITNEY BOWES

61101+1213-33 C010