08 c 50017          Dec 21, 08

TO: Whom it may Concern. I need legal attorney for this matter.

Thank you for any help in this matter.

Mr. Jason L. Montague

**FILED**

JAN 24 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT