**FILED**
FEB 2 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Jason L. Montague
Plaintiff

v.

Illinois Department of Corrections
Defendant(s)

CASE NUMBER  08 C 50017

JUDGE Sir, Frederick J. Kapala

Wherever □ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, Jason L. Montague, declare that I am the ☒plaintiff □petitioner □movant (other_____) in the above-entitled case. This affidavit constitutes my application □ to proceed without full prepayment of fees, or □ in support of my motion for appointment of counsel, or □ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒Yes  □No  (If "No," go to Question 2)
   I.D. # B29879  Name of prison or jail: Dixon C.C.
   Do you receive any payment from the institution? □Yes □No  Monthly amount:_____

2. Are you currently employed?  □Yes  ☒No
   Monthly salary or wages:_____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment:_____
      Monthly salary or wages:_____
      Name and address of last employer:_____

   b. Are you married?  ☒Yes  □No
      Spouse's monthly salary or wages: Seperated
      Name and address of employer: None in prison too

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages  □Yes  ☒No
      Amount_____ Received by_____

    b.    ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes    ☒No
Amount_____ Received by_____

    c.    ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes    ☒No
Amount_____ Received by_____

    d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support    ☐Yes    ☒No
Amount_____ Received by_____

    e.    ☐ Gifts or ☐ inheritances    ☐Yes    ☒No
Amount_____ Received by_____

    f.    ☐Any other sources (state source: _State pay_ )    ☒Yes    ☐No
Amount _$10.00_ Received by _a Month_

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?    ☐Yes    ☒No    Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?    ☐Yes    ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?    ☐Yes    ☒No
Property: _None_
Current value: _$40.00_
In whose name held: _My State account_ Relationship to you:_____

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents
_KayLee Montague_
_Natilee Montague - Dorsi_

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 2-4-08

_Jason L. Montague_
Signature of Applicant

_Jason L. Montague_
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Jason L. Montague I.D.# B29879, has the sum of $ 54.55 on account to his/her credit at (name of institution) Dixon Correctional Center. I further certify that the applicant has the following securities to his/her credit: unknown. I further certify that during the past six months the applicant's average monthly deposit was $ see attached.
(Add all deposits from all sources and then divide by number of months).

2/13/08
DATE

_Nedra Chandler (su)_
SIGNATURE OF AUTHORIZED OFFICER

Nedra Chandler
(Print name)

rev. 10/10/2007

**Dixon Correctional Center**
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA - Date: 08/13/2007 thru End;   Inmate: B29879;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate:** B29879 Montague, Jason L.   **Housing Unit:** DXP-XB-B -64

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 10/05/07 | Mail Room | 04 Intake and Transfers In | 278228 | 56131 | Graham C.C. | -.18 | -.18 |
| 10/17/07 | Payroll | 20 Payroll Adjustment | 290115 | | P/R month of 09/2007 | 1.36 | 1.18 |
| 10/22/07 | Mail Room | 01 MO/Checks (Not Held) | 295228 | 11419815925 | Butler, Joan | 20.00 | 21.18 |
| 11/05/07 | Point of Sale | 60 Commissary | 309726 | 551394 | Commissary | -6.46 | 14.72 |
| 11/16/07 | Disbursements | 81 Legal Postage | 320315 | Chk #77013 | 81813879, DOC: 523 Fund Inmate, Inv. Date: 11/07/2007 | -.99 | 13.73 |
| 11/16/07 | Point of Sale | 60 Commissary | 320732 | 552892 | Commissary | -4.49 | 9.24 |
| 11/28/07 | Mail Room | 01 MO/Checks (Not Held) | 332228 | 08799306259 | Crutchfield, Annette | 40.00 | 49.24 |
| 12/14/07 | Disbursements | 80 Postage | 348315 | Chk #77525 | 80815554, DOC: 523 Fund Inmate, Inv. Date: 11/26/2007 | -.41 | 48.83 |
| 12/14/07 | Disbursements | 80 Postage | 348315 | Chk #77525 | 80815266, DOC: 523 Fund Inmate, Inv. Date: 11/20/2007 | -1.23 | 47.60 |
| 12/14/07 | Disbursements | 80 Postage | 348315 | Chk #77525 | 80815696, DOC: 523 Fund Inmate, Inv. Date: 11/26/2007 | -.41 | 47.19 |
| 12/14/07 | Disbursements | 80 Postage | 348315 | Chk #77525 | 80815551, DOC: 523 Fund Inmate, Inv. Date: 11/26/2007 | -.41 | 46.78 |
| 12/14/07 | Disbursements | 80 Postage | 348315 | Chk #77525 | 80816884, DOC: 523 Fund Inmate, Inv. Date: 12/05/2007 | -.41 | 46.37 |
| 12/14/07 | Disbursements | 81 Legal Postage | 348315 | Chk #77525 | 81816959, DOC: 523 Fund Inmate, Inv. Date: 12/06/2007 | -.41 | 45.96 |
| 12/14/07 | Disbursements | 80 Postage | 348315 | Chk #77525 | 80817088, DOC: 523 Fund Inmate, Inv. Date: 12/06/2007 | -.41 | 45.55 |
| 12/14/07 | Disbursements | 81 Legal Postage | 348315 | Chk #77525 | 81818024, DOC: 523 Fund Inmate, Inv. Date: 12/13/2007 | -.82 | 44.73 |
| 01/08/08 | Point of Sale | 60 Commissary | 008732 | 558221 | Commissary | -.30 | 44.43 |
| 01/16/08 | Payroll | 20 Payroll Adjustment | 016115 | | P/R month of 12/2007 | 3.74 | 48.17 |
| 01/17/08 | Disbursements | 80 Postage | 017315 | Chk #78024 | 80820050, DOC: 523 Fund Inmate, Inv. Date: 12/24/2007 | -.41 | 47.76 |
| 01/17/08 | Disbursements | 80 Postage | 017315 | Chk #78024 | 80820327, DOC: 523 Fund Inmate, Inv. Date: 12/27/2007 | -1.23 | 46.53 |
| 01/17/08 | Disbursements | 80 Postage | 017315 | Chk #78024 | 80820907, DOC: 523 Fund Inmate, Inv. Date: 01/02/2008 | -.41 | 46.12 |
| 01/17/08 | Disbursements | 80 Postage | 017315 | Chk #78024 | 80820908, DOC: 523 Fund Inmate, Inv. Date: 01/02/2008 | -.41 | 45.71 |
| 01/17/08 | Disbursements | 80 Postage | 017315 | Chk #78024 | 80820909, DOC: 523 Fund Inmate, Inv. Date: 01/02/2008 | -.41 | 45.30 |
| 01/17/08 | Disbursements | 80 Postage | 017315 | Chk #78024 | 80821759, DOC: 523 Fund Inmate, Inv. Date: 01/11/2008 | -.41 | 44.89 |
| 01/17/08 | Disbursements | 80 Postage | 017315 | Chk #78024 | 80821760, DOC: 523 Fund Inmate, Inv. Date: 01/11/2008 | -.41 | 44.48 |
| 01/17/08 | Disbursements | 80 Postage | 017315 | Chk #78024 | 80821984, DOC: 523 Fund Inmate, Inv. Date: 01/14/2008 | -.41 | 44.07 |
| 01/22/08 | Point of Sale | 60 Commissary | 022726 | 560025 | Commissary | -1.56 | 42.51 |
| 02/13/08 | Mail Room | 01 MO/Checks (Not Held) | 044228 | 57813074539 | Butler, Joan | 20.00 | 62.51 |

**Dixon Correctional Center**
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA - Date: 08/13/2007 thru End;   Inmate: B29879;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B29879 Montague, Jason L.**     **Housing Unit: DXP-XB-B -64**

| | |
|---|---:|
| Total Inmate Funds: | 62.51 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 7.96 |
| Funds Available: | 54.55 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 01/18/2008 | 80822449 | Disb | Postage-1/18/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 01/18/2008 | 80822450 | Disb | Postage-1/18/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 01/22/2008 | 80822614 | Disb | Postage 1/22/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 01/22/2008 | 80822615 | Disb | Postage 1/22/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 01/23/2008 | 80822868 | Disb | Postage 1/23/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 01/23/2008 | 81822749 | Disb | Legal Postage 1/23/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.58 |
| 01/30/2008 | 80823712 | Disb | Postage-1/30/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 01/31/2008 | 80823849 | Disb | Postage 1/31/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 01/31/2008 | 81823772 | Disb | Legal Postage 1/31/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 02/04/2008 | 80824135 | Disb | Postage 2/4/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 02/04/2008 | 80824136 | Disb | Postage 2/4/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 02/04/2008 | 80824137 | Disb | Postage 2/4/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 02/04/2008 | 81823985 | Disb | Legal Postage 2/4/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 02/06/2008 | 80824420 | Disb | Postage 2/6/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 02/08/2008 | 81824665 | Disb | Legal Postage 2/8/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.82 |
| 02/12/2008 | 80825266 | Disb | Postage 2/12/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 02/13/2008 | 80825442 | Disb | Postage 2/13/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 02/13/2008 | 80825443 | Disb | Postage 2/13/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| | | | | **Total Restrictions:** | **$7.96** |

```
                         MACON COUNTY
        ========================================

                       Resident Account Summary
                  Thursday, February 07, 2008  @14:28

==============================================================================
For CIN: 50121    MONTAGUE, JASON
------------------------------------------------------------------------------
   Date      Transaction Description           Amount    Balance    Owed    Held    Reference
------------------------------------------------------------------------------
08/29/2007  CHECK         RELEASE OR CLOSEOUT TRANS    -5.65     0.00    0.00    0.00
08/21/2007  EPR           OID:100052800-ComisaryPur   -14.35     5.65    0.00    0.00
08/17/2007  DEPCA         JOAN BUTLER                  20.00    20.00    0.00    0.00
08/15/2007  MISCELLANEO   INDIGENT REQUESTS            -1.37     0.00    0.00    0.00
08/15/2007  DEPCA         VOID-INDIGENT REQUESTS       -1.37     1.37    0.00    0.00
08/14/2007  DEPCA         INDIGENT REQUESTS             1.37     2.74    0.00    0.00
08/05/2007  REINSTATE     INITIAL DEPOSIT - REINSTA    1.37     1.37    0.00    0.00
11/10/2006  CHECK         RELEASE OR CLOSEOUT TRANS    -4.00     0.00    0.00    0.00
11/09/2006  DEPCA         INITIAL DEPOSIT - REINSTA    4.00     4.00    0.00    0.00
11/16/2005  RELEASE       RELEASE TRANSACTION           0.00     0.00    0.00    0.00
09/22/2005  CHECK         TRANS DOC                    -6.10     0.00    0.00    0.00
09/13/2005  EPR           OID:100035004-ComisaryPur   -13.90     6.10    0.00    0.00
09/12/2005  DEPCA         JAMES BRENNER                20.00    20.00    0.00    0.00
08/09/2005  DEPCA         INITIAL DEPOSIT - REINSTA    0.00     0.00    0.00    0.00
06/07/2005  RELEASE       RELEASE TRANSACTION           0.00     0.00    0.00    0.00
06/05/2005  DEPCA         INITIAL DEPOSIT - REINSTA    0.00     0.00    0.00    0.00
11/10/2004  RELEASE       RELEASE TRANSACTION           0.00     0.00    0.00    0.00
11/09/2004  DEPCA         INITIAL DEPOSIT - REINSTA    0.00     0.00    0.00    0.00
08/05/2004  CHECK         RELEASE OR CLOSEOUT TRANS   -10.00     0.00    0.00    0.00
08/02/2004  DEPCA         BRANDI HEFLEY                10.00    10.00    0.00    0.00
07/29/2004  DEPCA         INITIAL DEPOSIT - REINSTA    0.00     0.00    0.00    0.00
11/19/2003  RELEASE       RELEASE TRANSACTION           0.00     0.00    0.00    0.00
11/18/2003  DEPCA         INITIAL DEPOSIT - REINSTA    0.00     0.00    0.00    0.00
09/30/2003  RELEASE       RELEASE TRANSACTION           0.00     0.00    0.00    0.00
09/23/2003  EPR           OID:100019209-ComisaryPur    -0.50     0.00    0.00    0.00
09/09/2003  EPR           OID:100018917-ComisaryPur    -6.40     0.50    0.00    0.00
09/02/2003  EPR           OID:100018747-ComisaryPur    -7.75     6.90    0.00    0.00
08/30/2003  DEPCK         RHONDA MARTIN                10.00    14.65    0.00    0.00
08/26/2003  EPR           OID:100018600-ComisaryPur    -1.30     4.65    0.00    0.00
08/19/2003  EPR           OID:100018463-ComisaryPur    -3.65     5.95    0.00    0.00
08/12/2003  EPR           OID:100018322-ComisaryPur   -10.40     9.60    0.00    0.00
08/04/2003  DEPCA         RONDDA MARTIN                20.00    20.00    0.00    0.00
07/29/2003  EPR           OID:100018050-ComisaryPur    -2.63     0.00    0.00    0.00
07/22/2003  EPR           OID:100017957-ComisaryPur    -4.15     2.63    0.00    0.00
07/15/2003  EPR           OID:100017784-ComisaryPur    -7.37     6.78    0.00    0.00
07/08/2003  EPR           OID:100017647-ComisaryPur   -16.80    14.15    0.00    0.00
07/06/2003  DEPCA         RHONDA MARTIN                20.00    30.95    0.00    0.00
07/01/2003  EPR           OID:100017517-ComisaryPur    -1.50    10.95    0.00    0.00
06/24/2003  EPR           OID:100017385-ComisaryPur    -2.55    12.45    0.00    0.00
06/17/2003  EPR           OID:100017262-ComisaryPur    -6.41    15.00    0.00    0.00
06/10/2003  EPR           OID:100017126-ComisaryPur    -8.95    21.41    0.00    0.00
06/03/2003  EPR           OID:100016971-ComisaryPur   -13.39    30.36    0.00    0.00
05/31/2003  DEPCA         NORMA CRUTCHFIELD            10.00    43.75    0.00    0.00
05/31/2003  DEPCA         RHONDA MARTIN                20.00    33.75    0.00    0.00
05/27/2003  EPR           OID:100016870-ComisaryPur   -11.99    13.75    0.00    0.00
05/23/2003  DEPCA         RONDA MARTIN                 20.00    25.74    0.00    0.00
05/20/2003  EPR           OID:100016554-ComisaryPur   -14.41     5.74    0.00    0.00
05/18/2003  DEPCA         RHONDA MARTIN                20.00    20.15    0.00    0.00
04/30/2003  DEPCA         INTIAL DEPOSIT - REINSTATI    0.00     0.15    0.00    0.00
01/14/2003  CHECK         VOID-RELEASE OR CLOSEOUT     0.15     0.15    0.00    0.00
01/02/2003  CHECK         RELEASE OR CLOSEOUT TRANS  -233.25     0.00    0.00    0.00
12/31/2002  DEPCA         INTIAL DEPOSIT - REINSTATI  233.25   233.25    0.00    0.00
08/11/2002  CHECK         RELEASE OR CLOSEOUT TRANS    -0.15     0.00    0.00    0.00
07/30/2002  EPR           OID:100009786-ComisaryPur    -1.00     0.15    0.00    0.00
07/23/2002  EPR           OID:100009627-ComisaryPur    -3.57     1.15    0.00    0.00
07/16/2002  EPR           OID:100009360-ComisaryPur    -6.45     4.72    0.00    0.00
07/09/2002  EPR           OID:100009203-ComisaryPur    -4.80    11.17    0.00    0.00
07/02/2002  EPR           OID:100009057-ComisaryPur   -18.60    15.97    0.00    0.00
------------------------------------------------------------------------------
                                   Page 1
```

```
                              MACON COUNTY
           ====================================================
                          Resident Account Summary
                    Thursday, February 07, 2008   @14:28
           ====================================================
For CIN: 50121     MONTAGUE, JASON
-------------------------------------------------------------------------------
   Date     Transaction Description              Amount    Balance    Owed    Held    Reference
-------------------------------------------------------------------------------
06/25/2002 EPR         OID:100008918-ComisaryPur  -12.08     34.57    0.00    0.00
06/18/2002 EPR         OID:100008784-ComisaryPur  -10.25     46.65    0.00    0.00
06/11/2002 EPR         OID:100008636-ComisaryPur  -18.69     56.90    0.00    0.00
06/10/2002 DEPCA       PAM MONTAGUE                60.00     75.59    0.00    0.00
06/04/2002 DEPMO       V. BECHMEIER                15.00     15.59    0.00    0.00
05/21/2002 EPR         OID:100008242-ComisaryPur  -10.30      0.59    0.00    0.00
05/20/2002 DEPCA       SHIRLEY  COX                10.00     10.89    0.00    0.00
05/14/2002 EPR         OID:100008157-ComisaryPur   -2.46      0.89    0.00    0.00
05/07/2002 EPR         OID:100008022-ComisaryPur  -54.10      3.35    0.00    0.00
05/06/2002 DEPCA       NANCY ROADY                 10.00     57.45    0.00    0.00
05/06/2002 DEPCA       NANCY ROADY                 45.00     47.45    0.00    0.00
04/30/2002 EPR         OID:100007888-ComisaryPur  -37.55      2.45    0.00    0.00
04/29/2002 DEPCA       NANCY ROADY                 40.00     40.00    0.00    0.00
04/15/2002 DEPCA       INTIAL DEPOSIT - REINSTAT    0.00      0.00    0.00    0.00
09/04/2001 RELEASE     RELEASE TRANSACTION          0.00      0.00    0.00    0.00
09/03/2001 DEPCA       INITIAL DEPOSIT              0.00      0.00    0.00    0.00
```

