# United States District Court
## Northern District of Illinois
### Western Division

Jason L. Montague                                    **JUDGMENT IN A CIVIL CASE**

        v.                                                Case Number: 08 C 50017

Illinois Department of Corrections

☐     Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■     Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff's  motion for leave to file *in forma pauperis* is granted.[6]  The complaint is dismissed pursuant to 28 U.S.C. § 1915A for failure to state a claim, terminating case.  Any other pending motions are denied as moot.  The trust fund officer at Plaintiff's current place of incarceration is ordered to make deductions from Plaintiff's account and payments to the clerk of court as stated in the minute order of March 12, 2008.  A copy of this order shall be sent to the trust fund officer at  the Dixon Correctional Center.  This dismissal counts as one of Plaintiff's three allotted dismissals under 28 U.S.C. § 1915(g).

                                                         Michael W. Dobbins, Clerk of Court

Date: 3/12/2008                                     _____
                                                             /s/ Susan Wessman, Deputy Clerk