Case Number
08 C 50017

UNITED STATES
DISTRICT COURT
NORTHERN DISTRICT
OF
ILLINOIS

**FILED**
APR 0 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JASON L. MONTAGUE

Vs.

ILLINOIS DEPARTMENT
OF CORRECTIONS

CASE NUMBER:
08 C 50017

## Motion Requesting an Extention of Time on a Unconstitutional Argument.

I Jason L. Montague is praying that the Court accepts this motion and allows an extention of time to prepare an argument to the dismissal of his civil action due to lack of funds and access to the Court that is being limited at this Illinois Correctional Center.

I cannot afford copies or materials to do research. I have at most 2 to 4 months left on my sentence that I'm aware of.

When released I'll have more access to funds to hire an attorney and access to materials to do research. Time to research is kinda limited in any prison.

Sometimes if an inmate is waiting on state pay, if it's the beginning of the month I'd have to wait a whole month just to get a copy card, to get copies of case law or controlling cases.

An extention of 4 months is requested of this honorable court and his honor who hears this prayer to the Allmighty threw this honorable court.

I am also illeterate when it comes to court matters and am in a psychiatric C.C.

I have another inmate helping with this prayer till I can come up with competent council.

Jason L Montague
JASON L MONTAGUE
B29879
P.O. Box 1200
Dixon, Illinois
61021

I DECLARE ALL INFORMATION IN THIS PRAYER IS TRUE AND ACCURATE UNDER PENALTIES THAT ARE LISTED IN THE BIBLE AND OF LAW.

JASON L. MONTAGUE
B 29879
P.O. BOX 1200
DIXON, ILLINOIS
61021

Clerk of the Court,
Michael W. Dobbins
Case Number 08 C 50017

Am Requesting a stamped filed copy of this prayer and or motion due to indigency and or lack of funds to make copies.

I am also requesting a copy, sent to the States Attorney or Representation and whomever else needs a copy of this action, prayer and or motion.

Jason L. Montague
JASON L. MONTAGUE
B29879
P.O. Box 1200
DIXON, ILLINOIS
61021

From L. Montague #B29879
Dixon C.C.
P.O. Box 1200
Dixon Ill. 61021

This Correspondence Is From
An Inmate Of The Illinois
Dept Of Corrections

United State - Court House
211 South Court Street
Rockford, Illinois 61101

Legal Mail